**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **United States of America** | : | |
| | : | |
| **Plaintiff,** | : | **Case No.: 2:26-cr-113** |
| | : | |
| **vs.** | : | **JUDGE: EDMUND A. SARGUS, JR.** |
| | : | |
| **ABRAHAM HERMOSILLO ALVAREZ** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), W. Joseph Edwards, Trial Attorney for Defendant Abraham Hermosillo Alvarez, respectfully moves this Court for an Order admitting Stuart J. Dornan to appear *pro hac vice* to appear and participate as counsel or co-counsel on behalf of Defendant Abraham Hermosillo Alvarez in this matter.

In support of this Motion, undersigned counsel states as follows:

1. Stuart J. Dornan is an attorney licensed to practice law in the State of Nebraska and is a member in good standing of the Supreme Court of Nebraska, as evidenced by the Certificate of Good Standing accompanying this Motion.
2. Mr. Dornan is not eligible for admission as a permanent member of the bar of this Court.
3. This Motion is accompanied by the required pro hac vice admission fee.
4. Mr. Dornan maintains his principal office with Dornan Law Team: Dornan, Howard, Breitkreutz, Dahlquist & Klein PC LLO, located at 1403 Farnam Street, Suite 232, Omaha, Nebraska 68102. His business telephone number is (402) 884-7044, his business fax number is (402) 884-7045, and his business email address is stu@dltlawyers.com.

5. Mr. Dornan is familiar with and agrees to comply with the Local Rules of the United States District Court for the Southern District of Ohio, all applicable Federal Rules, and all orders of this Court.
6. W. Joseph Edwards is a permanent member in good standing of the bar of this Court and serves as Trial Attorney for Defendant pursuant to S.D. Ohio Civ. R. 83.4(a). Mr. Edwards maintains an office at 511 South High Street, Columbus, Ohio 43215. His business telephone number is (614) 309-0243, and his business email address is jedwardslaw@live.com.
7. Mr. Edwards will remain actively involved in this matter as Trial Attorney and will attend all hearings, conferences, and trial unless otherwise excused by the Court.
8. Good cause exists for Mr. Dornan's admission pro hac vice. Defendant has retained Mr. Dornan to represent him in this matter, and Mr. Dornan is familiar with the facts and legal issues presented in this case. His admission will facilitate Defendant's representation and the efficient administration of this matter without causing undue delay or prejudice to any party.

For the foregoing reasons, W. Joseph Edwards respectfully requests that this Court grant this Motion and admit Stuart J. Dornan *pro hac vice* to appear and participate as counsel or co-counsel on behalf of Defendant Abraham Hermosillo Alvarez in this action.

Respectfully submitted,

s/ W. Joseph Edwards
W. Joseph Edwards (0030048)
511 South High Street
Columbus, OH 43215
Telephone: 614-309-0243
E-mail: jedwardslaw@live.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2026, a true and accurate copy of the foregoing Motion for Admission *Pro Hac Vice* and Declaration was filed electronically via the Court's CM/ECF system which sent notification of such filing to the following:

**United States Attorney's Office: Southern District of Ohio**
303 Marconi Boulevard, Suite 200
Columbus, OH 43215

s/ W. Joseph Edwards
W. Joseph Edwards (0030048)