IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2026 NOV 16 PM 4: 14

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES OF AMERICA.
Plaintiff.

v.

ABRAHAM HERMOSILLO ALVAREZ
et. al.
Defendant.

Case No. 2:26-cr-00113

Judge Edmund A. Sargus, Jr.

## MOTION FOR SPEEDY TRIAL OF DEFENDANT ALVAREZ

HERE COMES, Abraham Hermosillo Alvarez, defendant in pro se, pursuant to the Speedy Trial Act. 18 USC 3161-3174 and invokes his right to a speedy trial. The defendant in support of this motion notifies the court of the following facts:

1. Defendant Alvarez has never been informed properly of his right to a speedy trial by his retained counsel and has never knowingly consented to any such waiver if the record shows him having waived this right.

2. Defendant Alvarez wishes to have his counsel proceed to trial without undue delay within 70 days from the date this motion was filed.

3. Defendant Alvarez has communicated with his retained counsel regarding his intent to invoke his right to a speedy trial and it is unclear whether his counsel will act, therefore he wishes for the court record to clearly indicate his wish to invoke this right.

Respectfully submitted,

[signature]

ABRAHAM HERMOSILLO ALVAREZ
Defendant, in pro-se

Abraham Hermosillo Alvarez #316425
Butler County Jail
705 Hanover Street
Hamilton, OH 45011

/nK

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2026, a written copy of the foregoing Motion for Speedy Trial was deposited in the U.S. Mail for service of process as an alternative to the defendants inability to access the Court's electronic filing system (CM/ECF).

[signature]

ABRAHAM HERMOSILLO ALVAREZ

Damoun Delaviz
Assistant United States Attorney
303 Marconi Blvd, Suite 200
Columbus, OH 43215

U.S. District Court
Clerk of Court
85 Marconi Blvd, Suite 121
Columbus, OH 43215