Abraham Hermosillo Alvarez #316425
Butler county Jail
705 Hanover Street
Hamilton, OH 45011

CINCINNATI OH 450
13 NOV 2026 PM 4 L




U.S. DISTRICT COURT
CLERK OF THE COURT
85 MARCONI BLVD, SUITE 121
COLUMBUS, OH 43215

43215-282346